# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Daniel Espinoza-Adriano<br>A208 198 021<br>*Defendant* | Case No. 17-417MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 27, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   *CEB* Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date:   September 28, 2017

*Judge's signature*

City and state:   Phoenix, AZ

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about September 27, 2017, Daniel Espinoza-Adriano, an alien, was found in the United States of America at or near Silverbells, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 22, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about September 27, 2017, at or near Silverbells, in the District of Arizona, Daniel Espinoza-Adriano, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about September 27, 2017, Border Patrol Agent R. Villamil encountered an individual near Silverbells, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Daniel Espinoza-Adriano, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Espinoza-Adriano was transported to the Casa Grande Border Patrol Station for further processing. Espinoza-Adriano was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Daniel Espinoza-Adriano to be a citizen of Mexico and a previously deported alien. Espinoza-Adriano was removed from the United States to Mexico through Nogales, Arizona, on or about July 22, 2017, pursuant to a removal order issued by an immigration official. There is no record of Espinoza-Adriano in any Department of Homeland Security database to suggest that

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Daniel Espinoza-Adriano in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Espinoza-Adriano presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Espinoza-Adriano entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Espinoza-Adriano's immigration history was matched to him by electronic fingerprint comparison.

5. On or about September 27, 2017, Daniel Espinoza-Adriano was advised of his constitutional rights. Espinoza-Adriano freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Espinoza-Adriano stated that his true and correct name is Daniel Espinoza-Adriano and that he a citizen of Mexico. Espinoza-Adriano stated that he entered the United States illegally, by walking through the desert, near Lukeville, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 27, 2017, Daniel Espinoza-Adriano, an alien, was found in the United States of America at or near Silverbells, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 22, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about September 27, 2017, at or near Silverbells, in the District of Arizona, Daniel Espinoza-Adriano, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

Albert A. Martinez
United States Border Patrol Agent

Sworn to and subscribed before me
this 28th day of September, 2017.

Michelle H. Burns
United States Magistrate Judge